UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                    :

JANELYS HERNANDEZ,                   :

                   Plaintiff,      :
                                        :              23-CV-2507 (VSB)

            -against-          :
                                        :                    **<u>ORDER</u>**

BARREIRO INTERESTS, INC.,         :

                   Defendant.   :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on March 24, 2023, (Doc. 1), and filed an affidavit of service on April 17, 2023, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was May 4, 2023. (*See* Doc. 5.) However, Defendant requested, and I granted, a 30-day extension to respond to the complaint by May 30, 2023. (Docs. 8, 9.) To date, Defendant has not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than June 9, 2023. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 2, 2023
              New York, New York

                                                              _____
                                                              VERNON S. BRODERICK
                                                             United States District Judge